IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BOARD OF REGENTS FOR THE OKLAHOMA AGRICULTURAL AND MECHANICAL COLLEGES acting for and on behalf of OKLAHOMA STATE UNIVERSITY, and OKLAHOMA STATE UNIVERSITY, <br><br>Plaintiffs, <br><br>vs. <br><br>NEW MEXICO STATE UNIVERSITY, <br><br>Defendant. | ) ) ) ) ) ) ) Case No. 5:14-cv-01147-HE ) ) ) ) ) ) ) ) |

## DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs, Board of Regents for the Oklahoma Agricultural and Mechanical Colleges acting for and on behalf of Oklahoma State University and Oklahoma State University, hereby dismiss their action against New Mexico State University, without prejudice.

Respectfully submitted,

s/ Todd A. Nelson
Todd A. Nelson, OBA #15317
Scott R. Zingerman, OBA #14342
FELLERS, SNIDER, BLANKENSHIP,
  BAILEY & TIPPENS, P.C.
321 South Boston, Suite 800
Tulsa, OK 74103-3318
Telephone:   (918) 599-0621
Facsimile:   (918) 583-9659

E-Mail: tnelson@FellersSnider.com
szingerman@FellersSnider.com

Attorneys for Plaintiffs,
Board of Regents for the Oklahoma
Agricultural and Mechanical Colleges
acting for and on behalf of Oklahoma
State University and Oklahoma State
University

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 10th day of December, 2014, that a true and correct copy of the foregoing was served via U.S. Mail, postage prepaid thereon, to the following:

Mr. Jeffrey L. Squires, Esq.
Peacock Myers, P.C.
P.O. Box 26927
Albuquerque, NM  87125-6927

s/ Todd A. Nelson
Todd A. Nelson